UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN FLORES,

                Plaintiff,

    -against-

FEDERAL EXPRESS CORPORATION,
FEDEXGROUND PACKAGE SYSTEM,
INC., LIBERTYXPRESS INC., and KEILY A.
BELTRAN,

                Defendant.

25-CV-9328 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        Pursuant to the Court's November 12, 2025 Order, Dkt. 3, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference, which is scheduled for February 10, 2026. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Friday, February 6, 2026**.

        SO ORDERED.

Dated: February 5, 2026
       New York, New York

                           ARUN SUBRAMANIAN
                        United States District Judge