UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN FLORES,

                    Plaintiff,

      -against-

FEDERAL EXPRESS CORPORATION,
FEDEXGROUND PACKAGE SYSTEM,
INC., LIBERTYXPRESS INC., and KEILY A.
BELTRAN,

                    Defendant.

25-CV-9328 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's orders, Dkts. 3, 7, the parties were required to file a joint letter, the contents of which are described in Dkt. 3, the Wednesday before the initial conference, which is scheduled for Thursday, March 12, 2026. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Tuesday, March 10, 2026**.

      SO ORDERED.

Dated: March 9, 2026
      New York, New York

                                ARUN SUBRAMANIAN
                         United States District Judge